No. 68648.—Daido Corporation *v.* United States, protests 63/4022 and 62/12626(A) (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

No. 68649.—Lafayette Radio Corp. et al. *v.* United States, protests 61/10839, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of various types of meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.

No. 68650.—Ohio Radio Manufacturing Co. and Harper, Robinson & Co. et al. *v.* United States, protests 63/5753, etc. (San Francisco).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of meters, ammeters, testers, multitesters, or V–U meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.